UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES S. ROBINSON,  :  NO. 1:10-CV-00895
      Plaintiff,  :
  v.  :  **OPINION AND ORDER**
OHIO DEPARTMENT OF  :
CORRECTIONS-LUCASVILLE,  :
et al.,  :
      Defendants.  :

This matter is before the Court on the Magistrate Judge's February 25, 2013 Report and Recommendation (doc. 55), to which there were no objections.

The Magistrate Judge indicates that Plaintiff has failed to respond to the Court's February 4, 2013 Order to show cause why this case should not be dismissed (doc. 55). As such, the Magistrate Judge recommends the Court dismiss this matter for want of prosecution (Id.).

Having reviewed this matter, the Court finds the Magistrate Judge's Report and Recommendation well-taken. The Magistrate Judge noted that district courts have the inherent power to sua sponte dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." Id. quoting Link v. Wabash R.R., 370 U.S. 626, 630-31 (1962).

Having reviewed this matter de novo, pursuant to Title 28

U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (doc. 55), AFFIRMS the Magistrate Judge's recommended decision (Id.), and DISMISSES WITH PREJUDICE this case for lack of prosecution.

    SO ORDERED.


Dated: March 26, 2013        s/S. Arthur Spiegel
                                      S. Arthur Spiegel
                                      United States Senior District Judge